# Order

Michigan Supreme Court
Lansing, Michigan

May 29, 2013

146223

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

SEAN LEE STRANDBERG,
   Defendant-Appellant.

SC: 146223
COA: 305381
Muskegon CC: 10-059894-FC

_____/

   On order of the Court, the application for leave to appeal the September 27, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   CAVANAGH, J., would grant the application for leave to appeal.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2013



Clerk

t0522